IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs | ) Case No. 3:12PO154 |
| RANDALL LENGYEL | ) |

ORDER TERMINATING PROBATION

On October 17, 2012, the above named defendant was placed on one (1) year probation. Based on the information reported in the U.S. Probation Officer's memorandum on March 26, 2013, and for good cause shown, it is hereby ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this day of May 21, 2013.

Michael R. Merz
United States Magistrate Judge